IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEION GRIFFIN,

    Plaintiff,                   No. 2:11-cv-02410-DAD P

    vs.

EDMUND G. BROWN, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff, an inmate at the Rio Cosumnes Correctional Center and proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On March 27, 2012, the court ordered plaintiff to file a new in forma pauperis application, to have a jail official complete a section of the application form, and to provide a certified copy of his inmate trust account statement. On July 3, 2012, plaintiff filed his in forma pauperis application; however, the section to be completed by a jail official was not included and plaintiff failed to provide a certified copy of his inmate trust account statement.[1] The court will provide plaintiff with one final opportunity to submit a proper in forma pauperis application and a certified copy of his prison trust account statement.

---

[1] Plaintiff provided an uncertified copy of his inmate trust account statement.

1

      Also, on September 16, 2011, plaintiff filed a letter with the court requesting more time "to serve all documents . . . [and] all exhibits[.]" (Doc. No. 4 at 1.) This request will be denied as moot since on March 27, 2012, the court granted plaintiff additional time to submit a proper in forma pauperis application and certified copy of his trust account statement. In addition, by this order, the court is granting plaintiff further time to submit his documents.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's September 16, 2011 request for an extension of time (Doc. No. 4) is denied as moot;

      2. Plaintiff shall submit, within thirty days from the date of this order, a properly completed application to proceed in forma pauperis on the form provided with this order and a certified copy of plaintiff's inmate trust account statement for the six-month period immediately preceding the filing of the complaint in this action. Plaintiff is cautioned that failure to comply with this order will result in a recommendation that this action be dismissed without prejudice; and

      3. The Clerk of the Court is directed to provide plaintiff the court's form application requesting leave to proceed in forma pauperis by a prisoner for use in a civil rights action.

DATED: July 30, 2012.

_/s/ Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
grif2410.3c